IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BERNICE WILLIAMS, *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:09-CV-688 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| THE CITY OF COLUMBUS, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

## ORDER

This matter is before the Court on Magistrate Judge Abel's Initial Screening Report and Recommendation that Plaintiff Bernice Williams's Complaint be dismissed for failure to state a claim upon which relief may be granted (Doc. 3).

No objections have been filed to the Report and Recommendation. Upon *de novo* review in accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. This action is hereby **DISMISSED**.

**IT IS SO ORDERED**.

/s Algenon L. Marbley
Algenon L. Marbley
United States District Judge

Dated: February 8, 2010