**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **BERNICE WILLIAMS,** *et al.*, | |
| Plaintiffs, | Case No. 2:09-CV-688 |
| v. | JUDGE ALGENON L. MARBLEY |
| **THE CITY OF COLUMBUS,** *et al.*, | Magistrate Judge Abel |
| Defendants. | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the February 8, 2010 Order, the Court ADOPTS the Report and Recommendation. This case is DISMISSED. Final Judgment is entered.

Date: **February 8, 2010**          **James Bonini, Clerk**

                              s/Betty L. Clark
                              Betty L. Clark/Deputy Clerk